```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

ROBERT EARL PIERCE                                    PLAINTIFF

VS.                                CIVIL ACTION NO. 4:05CV75LN

THE CLARION LEDGER, AN OPERATING
DIVISION OF GANNETT RIVER STATES
PUBLISHING CORPORATION, ET AL.                       DEFENDANTS

## JUDGMENT

Based on the court's order entered this date, and the ordered entered in this cause on January 19, 2006, it is ordered and adjudged that the complaint in this cause is dismissed.

SO ORDERED AND ADJUDGED this 23rd day of June, 2006.

                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE